Robert C. Lukes
Justin K. Cole
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
rclukes@garlington.com
jkcole@garlington.com

Adam P. Seitz
Megan J. Redmond
Carrie A. Bader
(*pro hac vice* applications in progress)
ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
Telephone (913)777-5600
Telefax (913) 777-5601
adam.seitz@eriseip.com
megan.redmond@eriseip.com
carrie.bader@eriseip.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., | CV-18-112-DLC |
| Plaintiffs, | CORPORATE DISCLOSURE STATEMENT |
| v. | |
| UAVIONIX, CORP., | |
| Defendant. | |

Plaintiffs Garmin International, Inc. and Garmin USA, Inc., file this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Garmin International, Inc. and Garmin USA, Inc. make the following disclosure:

1. Garmin International, Inc. and Garmin USA, Inc. are wholly-owned subsidiaries of the publicly held Garmin Ltd., which is a Swiss Corporation.

2. Garmin Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED this 20th day of June, 2018.

    /s/ Robert C. Lukes
Attorneys for Plaintiffs