FILED

JUN 28 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UAVIONIX, CORP., <br><br> Defendant. | CV 18–112–M–DLC <br><br> ORDER |

The Plaintiffs, GARMIN INTERNATIONAL, INC. and GARMIN USA, INC. ("Garmin") move for the admission of Carrie A. Bader to practice before this Court in this case with Robert C. Lukes and Justin K. Cole of Garlington, Lohn & Robinson, PLLP, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Garmin's motion to admit Carrie A. Bader pro hac vice (Doc. 6) is GRANTED on the condition that Ms. Bader does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Bader within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

Dated this 28th day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court