```
                                                              FILED
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MONTANA                            JUN 28 2018
         MISSOULA DIVISION
                                                          Clerk, U.S Courts
                                                          District Of Montana
                                                          Missoula Division
```

GARMIN INTERNATIONAL, INC.
and GARMIN USA, INC.,                    CV 18–112–M–DLC

         Plaintiffs,

     v.                                    ORDER

UAVIONIX, CORP.,

         Defendant.

---

The Plaintiffs, GARMIN INTERNATIONAL, INC. and GARMIN USA, INC. ("Garmin") move for the admission of Megan J. Redmond to practice before this Court in this case with Robert C. Lukes and Justin K. Cole of Garlington, Lohn & Robinson, PLLP, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Garmin's motion to admit Megan J. Redmond pro hac vice (Doc. 7) is GRANTED on the condition that Ms. Redmond does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Redmond within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

Dated this 28th day of June, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court