**FILED**

JUN 28 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

GARMIN INTERNATIONAL, INC.
and GARMIN USA, INC.,

          Plaintiffs,

      v.

UAVIONIX, CORP.,

          Defendant.

CV 18–112–M–DLC

ORDER

The Plaintiffs, GARMIN INTERNATIONAL, INC. and GARMIN USA, INC. ("Garmin") move for the admission of Adam P. Seitz to practice before this Court in this case with Robert C. Lukes and Justin K. Cole of Garlington, Lohn & Robinson, PLLP, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Garmin's motion to admit Adam P. Seitz pro hac vice (Doc. 8) is GRANTED on the condition that Mr. Seitz does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Seitz within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

Dated this **28**th day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court