Robert C. Lukes
Justin K. Cole
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
rclukes@garlington.com
jkcole@garlington.com

Adam P. Seitz
Megan J. Redmond
Carrie A. Bader
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone (913)777-5600
Telefax (913) 777-5601
adam.seitz@eriseip.com
megan.redmond@eriseip.com
carrie.bader@eriseip.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UAVIONIX, CORP.,<br><br>Defendant. | Case No. CV-18-112-DLC<br><br><br>PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIMS |

Plaintiffs Garmin International, Inc. and Garmin USA, Inc. ("Garmin") file this Answer to Defendant uAvionix, Corp.'s ("uAvionix") Counterclaims.  To the

extent that any allegation contained in this answer is not specifically admitted, it is denied.

## Parties

1. By its own assertion, uAvionix is a Delaware corporation with its principal place of business in Bigfork, Montana.

2. Admitted.

3. Admitted.

4. Admitted.

## Jurisdiction

5. Garmin admits that uAvionix purports this to be an action for declaratory judgment of patent noninfringement and invalidity arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, as well as the patent laws, 35 U.S.C. § 100 *et seq.*

6. Admitted.

7. Admitted.

## Counterclaim I:
## Declaratory Judgment of Non-Infringement
## of U.S. Patent No. 8,102,301

8. Garmin incorporates by reference its responses to the paragraphs above.

9. Admitted.

10. Denied.

11. Admitted.

12. Denied.

### Counterclaim II: Declaratory Judgment of Invalidity of U.S. Patent No. 8,102,301

13. Garmin incorporates by reference its responses to the paragraphs above.

14. Denied.

15. Garmin admits that it sold a product known as the GDL 90. Garmin denies the remaining allegations in Paragraph 15.

16. Admitted.

17. Denied.

### Prayer for Relief

Garmin denies that uAvionix is entitled to any relief in connection with the allegations of the Counterclaims, including, without limitation, the allegations of Paragraphs 1(i) through 1(vii) of uAvionix' Prayer for Relief.

### Jury Demand

Garmin admits that uAvionix has demanded a trial by jury on all issues so triable.

DATED: August 8, 2018

/s/ Robert C. Lukes
Attorneys for Plaintiffs