IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UAVIONIX, CORP., <br><br> Defendant. | CV 18–112–M–DLC <br><br> ORDER |

Counsel for Defendant uAvionix, Corp. moves for the admission of Robert F. Shaffer, of Finnegan, Henderson, Farabow Garrett & Dunner, LLP, to practice before this Court in this case with Randy J. Cox, of the firm Boone Karlberg P.C., to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that the motion to admit Robert F. Shaffer pro hac vice (Doc. 19) is GRANTED on the condition that Mr. Shaffer does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Shaffer within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

Dated this 14th day of August, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court