

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UAVIONIX, CORP.<br><br>Defendant. | CV 18–112–M–DLC<br><br>ORDER |

Before the Court is Defendant uAvionix, Corp.'s Unopposed Motion for *Pro Hac Vice* Admission of Connor S. Houghton. (Doc. 32.) Mr. Houghton's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Connor S. Houghton *pro hac vice* (Doc. 32) is GRANTED on the condition that Mr. Houghton shall do his own work. This means that Mr. Houghton must (1) do his own writing, (2) sign his own pleadings, motions, and briefs, and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Houghton, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 27th day of December, 2018.

Dana L. Christensen, Chief District Judge
United States District Court