IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UAVIONIX, CORP., <br><br> Defendant. | CV 18–112–M–DLC <br><br><br> ORDER |

Before the Court is the parties' joint motion seeking permission for local counsel to appear telephonically at the deposition of the Defendant's expert witness. (Doc. 38.)

IT IS ORDERED that the motion (Doc. 38) is GRANTED.

DATED this 24th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court