FILED

MAY 01 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UAVIONIX, CORP., <br><br> Defendant. | CV 18–112–M–DLC <br><br><br> ORDER |

Before the Court is Defendant uAvionix's Unopposed Motion to Be Excused from Attending Depositions In-person. (Doc. 56.)

IT IS ORDERED that the motion (Doc. 56) is GRANTED. Local counsel for uAvionix is excused from attending in-person or telephonically any remaining depositions in the case taking place outside of the state of Montana.

DATED this 1st day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court