IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UAVIONIX, CORP., <br><br> Defendant. | CV 18–112–M–DLC <br><br> ORDER |

Before the Court is the Unopposed Motion re: Local Counsel's Attendance at Depositions of Defendant Plaintiffs Garmin International, Inc. and Garmin USA, Inc. (Doc. 58.)

IT IS ORDERED that the motion (Doc. 58) is GRANTED. Local counsel for the Plaintiffs is excused from attending in-person or telephonically any remaining depositions in the case taking place outside of the state of Montana.

DATED this 7th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court