IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UAVIONIX, CORP., <br><br> Defendant. | CV 18–112–M–DLC <br><br> ORDER |

The Plaintiffs, GARMIN INTERNATIONAL, INC. and GARMIN USA, INC. ("Garmin"), move for the admission of Clifford T. Brazen to practice before this Court in this case with Robert C. Lukes and Justin K. Cole of Garlington, Lohn & Robinson, PLLP, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Garmin's motion to admit Clifford T. Brazen pro hac vice (Doc. 8) is GRANTED on the condition that Mr. Brazen does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Brazen within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

Dated this 13th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court