
**FILED**

OCT 24 2019

Clerk, U.S District Court
District Of Montana
Missoula

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. and GARMIN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UAVIONIX, CORP., <br><br> Defendant. | CV 18–112–M–DLC <br><br><br> ORDER |

Before the Court is the Parties' Joint Stipulation of Dismissal. (Doc. 70.)

IT IS ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 24th day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court